# EXHIBIT B

ELECTRONICALLY FILED - 2023 May 31 4:01 PM - RICHLAND - COMMON PLEAS - CASE#2023CP4002533

| | |
|---|---|
| STATE OF SOUTH CAROLINA | IN THE COURT OF COMMON PLEAS |
| COUNTY OF RICHLAND | THE FIFTH JUDICIAL CIRCUIT |
| Xavier Hannibal, George Dalton, and Pamela Dalton, | Civil Action No.: 2023-CP-40-02533 |
| Plaintiffs, | |
| v. | ACCEPTANCE OF SERVICE |
| Rocket Expediting, LLC, Suber Ego Holdings, LLC, Super Ego Logistics, LLC, Stefan Perovic, Jason Richardson, and Sendmee Trucking, LLC, | |
| Defendants. | |

Due and legal process of Plaintiffs' Summons and Complaint and Plaintiff George Dalton's First Set of Interrogatories and Plaintiff George Dalton's First Set of Request for Production in the above captioned action is hereby accepted and acknowledged pursuant to Rule 4(j) of the South Carolina Rules of Civil Procedure on behalf of Defendant Jason Richardson on _____5/27/_____, 2023.

John M. Grantland, S.C. Bar No. 64158
Murphy & Grantland, PA
Post Office Box 6648
Columbia, SC 29202
Tel:    (803) 454-1237
jgrantland@murphygrantland.com

ELECTRONICALLY FILED - 2023 May 31 4:02 PM - RICHLAND - COMMON PLEAS - CASE#2023CP4002533

| | |
|---|---|
| STATE OF SOUTH CAROLINA | IN THE COURT OF COMMON PLEAS |
| COUNTY OF RICHLAND | THE FIFTH JUDICIAL CIRCUIT |
| Xavier Hannibal, George Dalton, and Pamela Dalton, | Civil Action No.: 2023-CP-40-02533 |
| Plaintiffs, | ACCEPTANCE OF SERVICE |
| v. | |
| Rocket Expediting, LLC, Suber Ego Holdings, LLC, Super Ego Logistics, LLC, Stefan Perovic, Jason Richardson, and Sendmee Trucking, LLC, | |
| Defendants. | |

Due and legal process of Plaintiffs' Summons and Complaint and Plaintiff George

Dalton's First Set of Interrogatories and Plaintiff George Dalton's First Set of Request for

Production in the above captioned action is hereby accepted and acknowledged pursuant to Rule

4(j) of the South Carolina Rules of Civil Procedure on behalf of Defendant Rocket Expediting,

LLC on ___5-27___, 2023.

John M. Grantland, S.C. Bar No. 64758
Murphy & Grantland, PA
Post Office Box 6648
Columbia, SC 29202
Tel:     (803) 454-1237
jgrantland@murphygrantland.com

ELECTRONICALLY FILED - 2023 May 31 3:55 PM - RICHLAND - COMMON PLEAS - CASE#2023CP4002533

| | |
|---|---|
| **STATE OF SOUTH CAROLINA** | **IN THE COURT OF COMMON PLEAS** |
| **COUNTY OF RICHLAND** | **THE FIFTH JUDICIAL CIRCUIT** |
| Xavier Hannibal, George Dalton, and Pamela Dalton, | **Civil Action No.: 2023-CP-40-02533** |
| **Plaintiffs,** | |
| v. | **ACCEPTANCE OF SERVICE** |
| Rocket Expediting, LLC, Suber Ego Holdings, LLC, Super Ego Logistics, LLC, Stefan Perovic, Jason Richardson, and Sendmee Trucking, LLC, | |
| **Defendants.** | |

Due and legal process of Plaintiffs' Summons and Complaint and Plaintiff George Dalton's First Set of Interrogatories and Plaintiff George Dalton's First Set of Request for Production in the above captioned action is hereby accepted and acknowledged pursuant to Rule 4(j) of the South Carolina Rules of Civil Procedure on behalf of Defendant Jason Richardson on

_5/27/_, 2023.

John M. Grantland, S.C. Bar No. 64158
Murphy & Grantland, PA
Post Office Box 6648
Columbia, SC 29202
Tel:    (803) 454-1237
jgrantland@murphygrantland.com

ELECTRONICALLY FILED - 2023 May 31 3:55 PM - RICHLAND - COMMON PLEAS - CASE#2023CP4002533

| | |
|---|---|
| STATE OF SOUTH CAROLINA | IN THE COURT OF COMMON PLEAS |
| COUNTY OF RICHLAND | THE FIFTH JUDICIAL CIRCUIT |
| Xavier Hannibal, George Dalton, and Pamela Dalton, | Civil Action No.: 2023-CP-40-02533 |
| Plaintiffs, | |
| v. | ACCEPTANCE OF SERVICE |
| Rocket Expediting, LLC, Suber Ego Holdings, LLC, Super Ego Logistics, LLC, Stefan Perovic, Jason Richardson, and Sendmee Trucking, LLC, | |
| Defendants. | |

Due and legal process of Plaintiffs' Summons and Complaint and Plaintiff George

Dalton's First Set of Interrogatories and Plaintiff George Dalton's First Set of Request for

Production in the above captioned action is hereby accepted and acknowledged pursuant to Rule

4(j) of the South Carolina Rules of Civil Procedure on behalf of Defendant Rocket Expediting,

LLC on ___5-27___, 2023.

John M. Grantland, S.C. Bar No. 64158
Murphy & Grantland, PA
Post Office Box 6648
Columbia, SC 29202
Tel:    (803) 454-1237
jgrantland@murphygrantland.com