**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| **Xavier Hannibal, Georg Dalton and Pamela Dalton,** ) | **C/A No.    3:23-cv-02702-MGL** |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **Vs.** ) | |
| ) | **PLAINTIFFS' ANSWERS TO LOCAL** |
| **Rocket Expediting, LLC, Super Ego** ) | **RULE 26.01 INTERROGATORIES** |
| **Holdings, LLC, Super Ego Logistics, LLC,** ) | |
| **Stefan Perovic, Jason Richardson, and** ) | |
| **Sendmee Trucking, LLC,** ) | |
| ) | |
| **Defendants.** ) | |

**TO:    THE UNITED STATES DISTRICT COURT**

Under the provisions of Local Rule 26.01, Plaintiffs' Xavier Hannibal, George Dalton and Pamela Dalton responds to the Court's Rule 26.01 Interrogatories as follows:

A.    State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:    Plaintiff Xavier Hannibal also has a workers' compensation claim pending which arises out of the incident that is the subject of this lawsuit. The workers' compensation claim is being handled by General American Alliance Insurance which has a mailing address of P.O. Box 4080, Clinton, Iowa 52733. Plaintiff George Dalton is a Medicare recipient and, as a result, Plaintiff Dalton anticipates Medicare may have a subrogation claim against any recovery Mr. Dalton may make. Plaintiff Pamela Dalton is not aware of any potential subrogation interests.**

B.    As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER:    All matters alleged involve issues of fact and should be tried to a jury.**

C.     State whether the party submitting these responses is a publicly owned company and separately identify:  (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:     Plaintiffs are individuals.**

D.     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:     Upon information and belief, Defendants removed the case based on diversity jurisdiction. Diversity exists pursuant to 28 U.S. Code § 1332 and venue is proper pursuant to 28 U.S. Code § 1391 because the subject collision occurred within the geographic area covered by this Division. Plaintiffs do not challenge the appropriateness of the division.**

E.     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide:  (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which *may be* related regardless of whether they are still pending.  Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical translations, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.[1]

**ANSWER:     No.**

**(SIGNATURE PAGE TO FOLLOW)**

2

Respectfully submitted,

*s/ J. Eric Cavanaugh*
J. Eric Cavanaugh, Fed ID No. 11190
Joseph O. Thickens, Fed ID No. 11732
Stephen F. Krzyson, Fed ID No. 100666
Cavanaugh & Thickens, LLC
1717 Marion Street (29201)
Post Office Box 2409
Columbia, South Carolina 29202
Tel:  (803) 888-2200
Fax: (803) 888-2219
Eric@ctlawsc.com
Joe@ctlawsc.com
Steve@ctlawsc.com

**ATTORNEYS FOR PLAINTIFFS**

Columbia, South Carolina

June 19, 2023