**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| Xavier Hannibal, Georg Dalton and Pamela Dalton, | ) C/A No.    **3:23-cv-02702-MGL** |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| Vs. | ) |
| | ) **PLAINTIFFS' SUPPLEMENTAL** |
| Rocket Expediting, LLC, Super Ego | ) **ANSWERS TO LOCAL RULE 26.01** |
| Holdings, LLC, Super Ego Logistics, LLC, | ) **INTERROGATORIES** |
| Stefan Perovic, Jason Richardson, and | ) |
| Sendmee Trucking, LLC, | ) |
| | ) |
| Defendants. | ) |

**TO:    THE UNITED STATES DISTRICT COURT**

Under the provisions of Local Rule 26.01, Plaintiffs' Xavier Hannibal, George Dalton and Pamela Dalton responds to the Court's Rule 26.01 Interrogatories as follows:

H.     In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court order otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs affect the court's jurisdiction under § 1332(a).

**ANSWER:     Plaintiffs Xavier Hannibal, George Dalton and Pamela Dalton are all citizens and residents for the State of South Carolina.**

**(SIGNATURE PAGE TO FOLLOW)**

Respectfully submitted,

*s/ J. Eric Cavanaugh*

J. Eric Cavanaugh, Fed ID No. 11190
Joseph O. Thickens, Fed ID No. 11732
Stephen F. Krzyson, Fed ID No. 100666
Cavanaugh & Thickens, LLC
1717 Marion Street (29201)
Post Office Box 2409
Columbia, South Carolina 29202
Tel:  (803) 888-2200
Fax: (803) 888-2219
Eric@ctlawsc.com
Joe@ctlawsc.com
Steve@ctlawsc.com

**ATTORNEYS FOR PLAINTIFFS**

Columbia, South Carolina

June 27, 2023

2