UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

CIVIL ACTION NO: 3:23-cv-02702-MGL

| | | |
|---|---|---|
| Xavier Hannibal, George Dalton, and Pamela Dalton, | ) ) ) | |
| Plaintiffs, | ) ) | **UIM CARRIER** |
| vs. | ) ) ) | **ENCOMPASS INSURANCE COMPANY'S** |
| Rocket Expediting, LLC, Super Ego Holdings, LLC, Super Ego Logistics, LLC, Stefan Perovic, Jason Richardson, and Sendmee Trucking, LLC, | ) ) ) ) ) | **ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** |
| Defendants. | ) ) | |

UIM Carrier Encompass Insurance Company ("UIM Carrier") answers the Court's Local Rule 26.01, D.S.C. Interrogatories as follows:

**(A)    State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.**

**Answer:**    UIM Carrier is not aware of any such parties.

**(B)    As to each claim, state whether it should be tried jury or non-jury and why.**

**Answer:**    UIM Carrier submits that Plaintiffs' claims are legal in nature and should be tried to a jury.  Additionally, Plaintiff has requested a jury trial.

**(C)    State whether the party submitting these responses is a publicly owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.**

**Answer:**     Encompass Insurance Company and Encompass Indemnity Company are wholly-owned subsidiaries of Allstate Insurance Company.  Allstate Insurance Company is a wholly-owned subsidiary of Allstate Insurance Holdings, LLC.  Allstate Insurance Holdings, LLC is a wholly-owned subsidiary of The Allstate Corporation.  The stock of The Allstate Corporation is publicly traded.  No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

**(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).  See Local Civ. Rule 3.01 (D.S.C.).**

**Answer:**     The Plaintiff filed this action in the Court of Common Pleas for Richland County, South Carolina, and it was removed to this Court.

**(E)     Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.**

**Answer:**     UIM Carrier does not know of any such related cases in this district.

**(F)     If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.**

**Answer:**     The underinsured motorist coverage related to this case was provided by Encompass Indemnify Company, which is a separate but affiliated company of Encompass Insurance Company.  Encompass Insurance Company is the entity served through the South Carolina Department of Insurance as underinsured motorist carrier pursuant to S.C. Code Sec. 38-77-160 on or about June 2, 2023. Counsel will accept service of an amended summons and pleading reflecting the correct identification.

2

**(G)    If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.**

<u>Answer:</u>    UIM Carrier makes no such contention at this time and specifically reserves the right to amend this response during the course of discovery.

**(H)    In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).**

<u>Answer:</u>    Upon information and belief, Plaintiffs are citizens of the State of South Carolina, and the Defendants are citizens of the States of Alabama, Ohio, and Illinois.

**TURNER, PADGET, GRAHAM & LANEY, P.A.**

*s/ Charles S. Gwynne Jr.*
Charles S. Gwynne Jr, Fed. ID 9811
Post Office Box 1473
Columbia, South Carolina 29202
803-227-4228
cgwynne@turnerpadget.com
Attorneys for UIM Carrier
Encompass Insurance Company

June 27, 2023