| | | |
|---|---|---|
| Xavier Hannibal, Georg Dalton and Pamela Dalton, | ) | C/A No.   3:23-cv-02702-MGL |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | |
| | ) | **JOINT ANSWERS TO** |
| Rocket Expediting, LLC, Super Ego Holdings, LLC, Super Ego Logistics, LLC, Stefan Perovic, Jason Richardson, and Sendmee Trucking, LLC, | ) | **LOCAL RULE 26.03 INTERROGATORIES** |
| | ) | |
| Defendants. | ) | |

## LOCAL CIVIL RULE 26.03 REQUIREMENTS

The parties hereby also include the following information requested in Local Civil Rule 26.03, D.S.C.:

(1)    A Short Statement of the Facts:

**ANSWER:    On April 10, 2023, Defendant Jason Lee Richardson was operating a tractor-trailer on Interstate 26 in Richland County, South Carolina when he collided with Plaintiffs and several others. As a result of the collision, Plaintiffs' Xavier Hannibal and George Dalton were injured and have received and continue to receive medical treatment to address their injuries. Defendants have denied liability for the collision that is the subject of this lawsuit.**

(2)    The Names of Fact Witnesses Likely to be Called by the Party and a Brief Summary of Their Expected Testimony.

**ANSWER:**

Xavier Alphonso Hannibal
909 Farnsworth Drive
Hopkins, SC 29061
(803) 243-7011

Mr. Hannibal is a Plaintiff in this case. He is expected to testify as to the facts and circumstances surrounding the collision that is the subject of this case. He is also expected to testify as to the injuries he suffered as well as the medical treatment he underwent as a result of those injuries, the medical treatment he has undergone (and is undergoing) as a result of those injuries and the damages he is claiming in this lawsuit.

George Stuart Dalton
201 Old Summer Place
Chapin, SC 29036
(402) 212-3539

Mr. Dalton is a Plaintiff in this case. He is expected to testify as to the facts and circumstances surrounding the collision that is the subject of this case. He is also expected to testify as to the injuries he suffered as well as the medical treatment he underwent as a result of those injuries, the medical treatment he has undergone (and is undergoing) as a result of those injuries and the damages he is claiming in this lawsuit.

Pamela Dalton
201 Old Summer Place
Chapin, SC 29036

Mrs. Dalton is a Plaintiff in this action and is George Dalton's wife. She is expected to testify as to the facts and circumstances known to her regarding the collision that is the subject of this case. She is also expected to testify about Mr. Dalton's injuries and medical treatment as well as how his injuries have affected her and their marriage.

Dominique Lovejoy
142 Quigley Court
Lexington, SC 29073
(803) 243-3701

Mr. Lovejoy was involved in the collision that is the subject of this case. He is expected to testify as to the facts and circumstances surrounding the collision.

**Clayton Hales**
**3409 Marlinspike Drive**
**Tampa, FL 33607**
**(217) 836-0406**

**Mr. Hales was involved in the collision that is the subject of this case. He is expected to testify as to the facts and circumstances surrounding the collision.**

**Jason Lee Richardson**
**1945 Dovertown Road**
**Cordova, AL 35550**

**Jason Lee Richardson is a Defendant in this action. He is expected to testify to the facts and circumstances surrounding the collision that is the subject of this lawsuit. He is also expected to testify as to his relationship with the other Defendants as well as any training he was provided by the Defendants.**

**Representative(s) of Rocket Expediting, LLC**
**2939 Kenny Road, Suite 220**
**Columbus, OH 43221**
**(402) 282-8443**

**Rocket Expediting, LLC is a Defendant in this action. It is anticipated that corporate representatives may be named to provide testimony on behalf of Rocket Expediting regarding, among other things, the relationship between all listed Defendants, Defendant Richardson's operating authority, Rocket Expediting's safety and training practices, Defendant Richardson's compliance with and enforcement of various state and federal safety regulations.**

**Representative(s) of Super Ego Holdings, LLC**
**621 Busse Road, Suite 240**
**Bensenville, IL 60106**
**(603) 506-8869**

**Super Ego Holdings, LLC is a Defendant in this action. It is anticipated that corporate representatives may be named to provide testimony on behalf of Super Ego Holdings regarding, among other things, the relationship between all listed Defendants, Defendant Richardson's operating authority, Super Ego Holdings' safety and training practices, Defendant Richardson's compliance with and enforcement of various state and federal safety regulations.**

**Representative(s) of Super Ego Logistics, LLC**
**677 N. Larch Avenue**
**Elmhurst, IL 60126**
**(312) 796-6668**

**Super Ego Logistics, LLC is a Defendant in this action. It is anticipated that corporate representatives may be named to provide testimony on behalf of Super Ego Logistics regarding, among other things, the relationship between all listed Defendants, Defendant Richardson's operating authority, Super Ego Logistics' safety and training practices, Defendant Richardson's compliance with and enforcement of various state and federal safety regulations.**

**Aleksander Mimic**
**Address Unknown**

**Upon information and belief, Mr. Mimi owns interest in, and may be an officer of, both Super Ego Holdings, LLC and Super Ego Logistics, LLC. He is expected to testify about his knowledge of the facts and circumstances of the collision that is the subject of this case. He is also expected to testify about his knowledge of the relationship between any of the Defendants.**

**Stefan Perovic**
**175 N. Harbor Drive, Apt. 1715**
**Chicago, IL 60601**
**Phone Number Unknown**

**Stefan Perovic is a Defendant in this action, and may, separately or in combination with other listed Defendants, own the tractor and/or trailer that was involved in the collision giving rise to this litigation. Defendant Perovic is expected to testify to, among other things, his relationship with the other listed Defendants as well as his knowledge of the facts and circumstances of the collision that is the subject of this lawsuit.**

**Representative(s) of SendMee Trucking, LLC**
**1945 Dovertown Road**
**Cordova, AL 35550**

**SendMee Trucking, LLC is a Defendant in this action. It is anticipated that corporate representatives may be named to provide testimony on behalf of SendMee regarding, among other things, the relationship between all listed Defendants, Defendant Richardson's operating authority, SendMee Trucking's safety and training practices, Defendant Richardson's compliance with and enforcement of various state and federal safety regulations.**

**Trooper J.R. Hutcherson**
**South Carolina Highway Patrol**

**Trooper Hutcherson is listed as the individual who conducted the investigation into the collision behalf of the South Carolina Highway Patrol and was involved in the preparation of the South Carolina Traffic Collision report. He is expected to testify regarding his investigation of the collision.**

**Plaintiffs' Medical Providers**

**Plaintiffs' Medical Providers are expected to testify about the injuries Plaintiffs suffered in the collision that is the subject of this case as well as their treatment of those injuries and any future medical care Plaintiffs may need as a result of those injuries.**

(3)     The Names and Subject Matter of Expert Witnesses.

**ANSWER:     Plaintiffs have not yet determined who they may use as expert witnesses at this time but reserve the right to identify expert witnesses pursuant to the Scheduling Order applicable to this case. Plaintiffs anticipate potentially identifying experts related to accident reconstruction and transportation safety. Plaintiffs also anticipate soliciting testimony from their treating physicians and others as to Plaintiffs' injuries and on-going medical needs.**

**Defendants have not yet determined who they may uses as expert witnesses at this time but reserve the right to identify expert witnesses pursuant to the Scheduling Order applicable to this case. Defendants anticipate potentially identifying experts related to accident reconstruction. In addition, Defendants may identify medical experts.**

(4)     A summary of the claims or defenses with statutory and/or case citations supporting the same.

**ANSWER:**

**Plaintiffs:**

A) **Negligence, Gross Negligence, Negligence Per Se** based upon all applicable South Carolina legal authority specifically including, but not limited to, *Carson v. Adger*, 326 S.C. 212, 486 S.E.2d 3 (S.C. 1997); *Burns v. South Carolina Commission for the Blind*, 323 S.C. 77, 448 S.E.2d 589 (Ct. App. 1994); *Crolley v. Hutchins*, 300 S.C. 355, 387 S.E.2d 716 (Ct. App. 1989); *South Carolina Insurance Co. v. James C. Greene & Co.*, 290 S.C. 171, 348 S.E.2d 617 (Ct. App. 1986); and S.C. Code § 56-5-10 *et. seq.*

B) **<u>Negligent Hiring, Training, and Supervision</u>** based upon all applicable South Carolina legal authority specifically including, but not limited to, *Degenhart v. Knights of Columbus*, 309 S.C. 114, 420 S.E.2d 495 (S.C. 1992); *Moore v. Berkley County School District*, 326 S.C. 584, 486 S.E.2d 9 (Ct. App. 1997); *Brockington v. Pee Dee Mental Heatlh Center*, 315 S.C. 214, 433 S.E.2d 433 16 (Ct. App. 1993).

C) **<u>Loss of Consortium</u>** based upon all applicable South Carolina legal authority specifically including, but not limited to, *Berry v. Myrick*, 260 S.C. 68, 194 S.E.2d 240 (S.C. 1973), *Barnette v. Adams Bros. Logging Inc.*, 355 S.C. 588, 586 S.E.2d 572 (S.C. 2003) and S.C. Code § 15-75-20.

**<u>Defendants:</u>**

A) **<u>Comparative Negligence and Last Clear Chance</u>** based upon all applicable South Carolina legal authority specifically including, but not limited to, *Abdelgheny v. Moody*, 432 S.C. 346, 852 S.E.2d 225 (Ct. App. 2020); *Fairchild v. S.C. Dep't of Transp.*, 385 S.C. 344, 683 S.E.2d 818 (Ct. App. 2009), aff'd, 398 S.C. 90, 727 S.E.2d 407 (2012); *Snavely v. AMISUB of S.C., Inc.*, 379 S.C. 386, 665 S.E.2d 222 (Ct. App. 2008); *Trivelas v. S.C. Dep't of Transp.*, 357 S.C. 545, 593 S.E.2d 504 (Ct. App. 2004); *Thomasko v. Poole*, 349 S.C. 7, 561 S.E.2d 597 (2002); *Bloom v. Ravoira*, 339 S.C. 417, 529 S.E.2d 710 (2000); *Spahn v. Town of Port Royal*, 330 S.C. 168, 499 S.E.2d 205 (1998)

B) **<u>Lack of Proximate Cause</u>** based upon all applicable South Carolina legal authority specifically including, but not limited to *J.T. Baggerly v. CSX Transp., Inc.*, 370 S.C. 362, 635 S.E.2d 97 (2006); *Hurd v. Williamsburg Cnty.*, 353 S.C. 596, 579 S.E.2d 136 (Ct. App. 2003), aff'd, 363 S.C. 421, 611 S.E.2d 488 (2005); *Trivelas v. S.C. Dep't of Transp.*, 348 S.C. 125, 558 S.E.2d 271 (Ct. App. 2001); *Bailey v. Segars*, 346 S.C. 359, 550 S.E.2d 910 (Ct. App. 2001).

C) **<u>Sudden Emergency Doctrine</u>** based upon all applicable South Carolina legal authority specifically including, but not limited to *Est. of Haley ex rel. Haley v. Brown*, 370 S.C. 240, 634 S.E.2d 62 (Ct. App. 2006); Elrod v. All, 243 S.C. 425, 134 S.E.2d 410 (1964).

(5) Absent special instructions from the assigned judge, proposed dates for the following deadlines listed in Rule 16.02 (D.S.C.):

a. Exchange of expert disclosures
b. Completion of discovery
c. Any special circumstances that would affect the time frames applied in preparing the scheduling order
d. Any additional information requesting in the Pre-Scheduling Order or otherwise requested by the assigned judge

**<u>ANSWER:</u>** **The parties agree to the proposed dates as set forth in the Proposed**

**Consent Amended Scheduling Order.**

    (6)    <u>Special Circumstances Which Would Affect the Time Frames Applied in Preparing the Scheduling Order.</u>

    **<u>ANSWER:</u>**    **None known at this time.**

    (7)    <u>Additional Information Requested in the Pre-Scheduling Order or Otherwise Requested by the Trial Judge.</u>

    **<u>ANSWER:</u>**

**The parties have conferred regarding the schedule set forth in the Court's Conference and Scheduling Order and have agreed to propose an Amended Scheduling Order that is appropriate for this case. The Proposed Consent Amended Scheduling Order is attached.**

**The parties do not consent to a trial before a United States Magistrate Judge.**

*(Signature Page to Follow)*

Respectfully submitted,

**CAVANAUGH & THICKENS, LLC**                **MURPHY & GRANTLAND, P.A.**

s/ *J. Eric Cavanaugh*                       s/ *Crawford M. Krebs*
J. Eric Cavanaugh, Fed. ID No. 11190         John M. Grantland, Fed. ID No. 6462
Joseph O. Thickens, Fed. ID No. 11732        Crawford M. Krebs, Fed. ID No. 13963
Stephen F. Krzyston, Fed ID No. 13027        4406-B Forest Drive (29206)
1717 Marion Street (29201)                   Post Office Box 6648
Post Office Box 2409                          Columbia, South Carolina 29260
Columbia, South Carolina 29202               Tel:  (803) 782-4100
Tel:  803-888-2200                           jgrantland@murphygrantland.com
eric@ctlawsc.com                             ckrebs@murphygrantland.com
joe@ctlawsc.com
steve@ctlawsc.com                            **ATTORNEYS FOR DEFENDANTS**

**ATTORNEYS FOR PLAINTIFFS**                 **TURNER, PADGET,**
                                             **GRAHAM & LANEY, P.A.**

                                             s/ *Charles S. Gwyne, Jr.*
                                             Charles S. Gwyne, Jr., Fed. ID No. 9811
                                             Post Office Box 1473
                                             Columbia, South Carolina 29202
                                             Tel:  803.227.4228
                                             cgwynne@turnerpadget.com

                                             **ATTORNEYS FOR UIM CARRIER**
                                             **ENCOMPASS INSURANCE COMPANY**

Columbia, South Carolina

July 20, 2023