IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
DIVISION

CIVIL ACTION NO. 3:23-CV-02702-MGL

| | |
|---|---|
| Xavier Hannibal, George Dalton, and Pamela Dalton,<br><br>Plaintiffs,<br><br>vs.<br><br>Rocket Expediting, LLC, Super Ego Holdings, LLC, Super Ego Logistics, LLC, Stefan Perovic, Jason Richardson, and Sendmee Trucking, LLC,<br><br>Defendants. | THE UNDERINSURED MOTORIST CARRIER USAA GENERAL INDEMNITY COMPANY'S  SUPPLEMENTAL RESPONSES TO RULE 26.01 INTERROGATORIES |

(A)     State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:   None known to the Underinsured Motorist Carrier USAA General Indemnity Company.**

(B)     As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER:   It is the understanding of the Underinsured Motorist Carrier USAA General Indemnity Company that the parties to this action of requested a jury trial and the Underinsured Motorist Carrier USAA General Indemnity Company has no objection to that request.**

(C)     State whether the party submitting these responses is a publicly owned company and separately identify:  (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:   The Underinsured Motorist Carrier USAA General Indemnity**

**Company is not a publicly owned company.**

(D)    State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

      **ANSWER:    Upon information and belief, the motor vehicle accident that forms the basis of this case occurred in Richland County which is within the jurisdiction of the Columbia Division**.

(E)    Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide:  (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which  *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases:  arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

      **ANSWER:    The Underinsured Motorist Carrier USAA General Indemnity Company is not aware of this action being related in whole or in part to any other matter filed in the this District.**

*(The following are  **Defendant Only** Interrogatories and should be deleted if answering for Plaintiff)*

(F)    If the Defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

      **ANSWER:    The Underinsured Motorist Carrier USAA General Indemnity Company does not have any information to allow it to respond to this Interrogatory as it does not know if any of the Defendants are improperly identified.**

(G)    If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

      **ANSWER:    The Underinsured Motorist Carrier USAA General Indemnity Company does not have any information in its possession that would allow it to respond to this Interrogatory and believes**

2

**that this Interrogatory could be better answered by counsel for the Defendants.**

(H)  *Parties or Intervenors in a Diversity Case.* In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER:**  **Upon information and belief the Plaintiffs are residents of the state of South Carolina, the Defendant Rocket Expediting, LLC is a company organized and existing under the laws of the state of Ohio; the Defendant Super Ego Holdings, LLC is a company organized and existing under the laws of the state of Illinois; the Defendant Super Ego Logistics, LLC is a company organized and existing under the laws of the state of Illinois; the Defendant Stefan Perovic is an individual who resides in the state of Illinois; the Defendant Sendmee Trucking, LLC is a company organized and existing under the laws of the state of Alabama; and the Defendant Jason Richardson is an individual who resides in the state of Alabama. The underinsured motorist carrier USAA is an insurance company that sells and maintains insurance policies in the state of South Carolina among other states.**

CLAWSON and STAUBES, LLC

__s/ J. Austin Hood_____
J. Austin Hood
Fed. ID No.:  69433
1612 Marion Street, Suite 200
Columbia, South Carolina  29201-2939
Phone:     (800) 774-8242
Fax:         (843) 722-2867
Email:     austin@cslaw.com
Attorney for the underinsured motorist carrier USAA
General Indemnity Company

Columbia, South Carolina

October 27, 2023

3